# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18-cv-314-FDW

| | |
|---|---|
| **JONATHAN ANTHONY LEE TORRES,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **FNU DAVIS, et. al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on Plaintiff's Consent Motions to Stay Case Management Order, (Doc. Nos. 38, 40).

Plaintiff seeks a stay or extension of the pretrial deadlines and for additional time within which to respond to Defendants' Motion for Summary Judgment. For good cause shown, an extension of the case management deadlines will be granted. The deadline for responding to Defendants' Motion for Summary Judgment will be addressed in a separate order.

**IT IS ORDERED** that:

1. Plaintiff's Second Consent Motion to Stay Case Management Order, (Doc. No. 40), is **GRANTED** in part and **DENIED** in part. Plaintiff's request for a stay is denied, however, the discovery cutoff date is extended until May 22, 2020 and the deadline to file dispositive motions is extended until June 26, 2020.

2. Plaintiff's first Consent Motion to Stay Case Management Order, (Doc. No. 38), is **DENIED** as moot.

1

Signed: April 21, 2020

Frank D. Whitney
Chief United States District Judge