# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JONATHAN ANTHONY LEE TORRES, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00314-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU DAVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 21, 2020 Memorandum of Decision and Order.

July 21, 2020

Frank G. Johns, Clerk
United States District Court